# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                    4:14CR000094-1 KGB

GUSTAVO CHAVEZ-HERNANDEZ, SR.

## ORDER

On July 11, 2014, Defendant filed an *Ex Parte* Motion requesting the issuance of subpoenas for the attendance of two witnesses at his July 17, 2014 Bond Hearing.[1] *Doc. 35*. On July 14, 2014, Defendant moved to withdraw his request for subpoenas. *Doc. 36*. He now requests permission for the two witnesses to appear telephonically. Defendant has also informed the Court that the witnesses are not fluent in English and requests the presence of a Spanish interpreter at the Bond Hearing.

The Court will allow the two witnesses to appear telephonically and direct the Clerk to provide a Spanish interpreter at the Bond Hearing. Defense counsel must contact CRD Kathy Swanson and make arrangements to have the witnesses available via landline. It is Defendant's responsibility to have his witnesses

---

[1] The witnesses reside in southern Texas.

available for the 10:00 a.m. July 17, 2014 Bond Hearing. If they are not available for any reason, the hearing will proceed and will not be continued.

IT IS THEREFORE ORDERED THAT Defendant's Motion To Withdraw Defendant's *Ex Parte* Motion To Issue Subpoenas And Defendant's Motion To Allow Witnesses To Testify Via Telephone (*doc. 36*) is GRANTED.

Dated this 15th day of July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE