# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                         **Case No. 4:14-cr-00094- 01 KGB**

**GUSTAVO CHAVEZ-HERNANDEZ, SR.**                                                  **DEFENDANT**

## ORDER

Before the Court is the United States' motion to dismiss indictment now pending against defendant Gustavo Chavez-Hernandez, Sr. (Dkt. No. 48). The United States' motion to dismiss indictment is granted, and the indictment now pending against Mr. Chavez-Hernandez is hereby dismissed.

It is so ordered this 26th day of January, 2016.

_____
Kristine G. Baker
United States District Judge